IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-56-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DTC ENGINEERS AND ) | |
| CONSTRUCTORS, LLC, and ) | |
| THE HANOVER INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

On October 7, 2010, the court heard oral argument on the defendants' motion to dismiss or in the alternative to transfer [D.E. 18]. As stated in open court and incorporated herein by reference, the court GRANTS the motion to transfer. The action is transferred to the United States District Court for the District of Connecticut, New Haven Division.

SO ORDERED. This 7 day of October 2010.

JAMES C. DEVER III
United States District Judge